Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SYLVESTER CREADO,<br><br>    Defendants. | Case No. CV12-7759 RGK (SSx)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SYLVESTER CREADO** |

1  PLEASE TAKE NOTICE that, pursuant to Rule 41 of the Federal Rules of
2  Civil Procedure, Plaintiff is hereby voluntarily dismissing Defendant Sylvester
3  Creado. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered
4  Plaintiff's Complaint nor filed a motion for summary judgment.

DATED: January 10, 2013                KUSHNER LAW GROUP


                              By:     /s/ Leemore L. Kushner
                                    Leemore L. Kushner
                                    Attorneys for Plaintiff Malibu Media, LLC

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 10, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

           By: */s/ Leemore L. Kushner*
              Leemore L. Kushner